UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

LARRY L. KEYSER

     Plaintiff

v.                                        Civil Action No.: 2:04-0544

JO ANNE BARNHART
Commissioner of Social Security

     Defendant

<u>MEMORANDUM ORDER AND OPINION</u>

     The court having received the Proposed Findings and
Recommendation of United States Magistrate Judge Mary E. Stanley
made pursuant to the provisions of 28 U.S.C.A. § 636(b)(1)(B) and
entered on June 14, 2005, and having reviewed the record in this
proceeding; and there being no objections filed by either
plaintiff or defendant; it is accordingly ORDERED that:

     1.   The Proposed Findings and Recommendation of the
magistrate judge be, and the same hereby are, adopted by the
court;

     2.   The plaintiff's motion for summary judgment be, and
it hereby is, denied;

3.   The defendant's motion for judgment on the pleadings be, and it hereby is, granted; and

4.   The final decision of the Commissioner be, and the same hereby is, affirmed.

The clerk is directed to forward copies of this written opinion to all counsel of record and the United States Magistrate Judge.

DATED: July 8, 2005

John T. Copenhaver, Jr.
United States District Judge